AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEFF HAWN and JENELL HAWN,

Plaintiffs,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 122-004

NATIONSTAR MORTGAGE LLC, d/b/a MR. COOPER,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 8, 2022, the Defendant Nationstar Mortgage LLC's motion to dismiss is granted. Therefore, judgment is hereby entered in favor of the Defendant, and this case stands closed.

| | |
|---|---|
| August 8, 2022 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *Candy Cesbell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020